UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CYNTHIA FLETCHER-HOPE,                                                   Plaintiff

v.                                                  Civil Action No. 3:18-cv-00469-RGJ-RSE

LOUISVILLE METRO GOVERNMENT,                          Defendants
et. al.,

\* \* \* \* \*

## **JUDGMENT**

In accordance with the Order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1)    Judgment is entered in favor of Defendants, Louisville Metro Government, Darrell Goodlett, Timothy Huber, and Kenneth Bennett with respect to the claims brought by Plaintiff Cynthia Fletcher-Hope in this matter.

(2)    This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3)    This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.